IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES DARRELL BEARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-00019 |
| | ) | |
| v. | ) | |
| | ) | Judge Campbell |
| HICKMAN COUNTY GOVERNMENT, | ) | Magistrate Judge Holmes |
| | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## DECLARATION OF J. STEPHEN AYMETT, JR.

I, J. Stephen Aymett, Jr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am counsel of record for Plaintiff Darrell Beard in the above captioned case.

2. I am licensed to practice in Tennessee. I am admitted to practice in the U.S. District Courts for the Middle, Western, and Eastern Districts of Tennessee, and all Courts in the State of Tennessee. I am a member of the Rutherford and Cannon County Bar Association and the Tennessee Bar Association.

3. I practice law with the law firm of Rucker, Rucker & Aymett, P.C. in Murfreesboro, Tennessee. I have practiced law in Murfreesboro, Tennessee continuously since November 2015. From November 2015 through July 2016, I had my own law practice, primarily handling general civil litigation cases. In August of 2016, I joined the law firm of Rucker and Rucker, P.C. as an associate attorney, handling injury, employment, and general civil litigation cases. In September of 2019, I became a partner. Since 2019, I have primarily handled injury and employment cases in both state and federal court. I have represented both plaintiffs and defendants, but in the past several years my practice has transitioned to more plaintiff work.

4. Since 2016, I have served as either lead or co-counsel in several jury trials in state court and as co-counsel in one jury trial in federal court. I have also briefed and argued cases on appeal at the Tennessee Court of Appeals.

5. As of January 1, 2024, I customarily charge and receive $400.00 per hour for my legal services that are not paid on a contingency fee basis. Presently, the majority of my cases are plaintiff cases, such as employment discrimination cases, where the work I perform is on a contingency fee basis. Most of my clients are unable to pay the fees and costs incurred in a typical plaintiff case. In contingency cases, Rucker, Rucker & Aymett, P.C. advances all expenses and time for our clients, and we work on a contingency fee basis that is based on the amount of recovery. In many of these cases, our law firm goes for years without being paid anything while fronting all of the costs.

6. I started working on this case in August of 2024. I have kept track of the time I worked on this case to the present. The attached Itemized Statement accurately sets forth the time that I expended to the tenth of an hour and the tasks that I performed. I have further reviewed the log and exercised billing judgment (cuts) where appropriate. I currently have spent **109.8** hours working on this case. The work performed was reasonable and necessary to properly represent Mr. Beard. I maintained my hours and updated the attached log during the course of my representation of Mr. Beard.

7. The hourly rate that I request in this case is $400.00. This rate is reasonable in the circumstances and in light of the prevailing rate charged in the community for the types of contingency civil rights cases that I handle. I am aware of the customary hourly rates that attorneys charge in the Middle District for employment litigation services and observed attorney billing rates in employment discrimination cases to be approximately $300.00 to $1,000.00 per hour and more,

depending upon the skill and experience of the attorney. I am further aware of the current rates being charged in Nashville through discussions with attorney colleagues whom I have come to know in my years of working in this practice area in this community. Accordingly, I believe $400.00 per hour for an attorney serving as co-counsel in the Middle District in the area of plaintiff's employment litigation with my skill and experience level is a reasonable rate.

8. My fees are adjusted annually. My current hourly rate is $400.00 per hour.

9. Other factors that the Court should consider include the fact that there are comparatively few attorneys in the State, including in the Middle District, that are willing to handle individual employment civil rights cases on behalf of plaintiffs. Since approximately 2019, I have devoted a significant portion of my practice to injury and employment civil rights cases on behalf of plaintiffs. Plaintiff employment discrimination cases are difficult because the plaintiff carries the burden of proof; the proof usually consists of circumstantial evidence; many such cases are dismissed at the summary judgment stage and recently motions to dismiss have become more prolific all of which require substantial, and at time unnecessary, motion practice and extensive discovery; the law favors employers' alleged business judgment and usually only requires that they assert a legitimate, nondiscriminatory reason for their adverse employment actions; the case law is nuanced and constantly evolving which requires diligent research, which result in increased firm costs for unlimited research resources; and there are typically no guaranteed or regular hourly payments for attorney services rendered to employment plaintiffs. In addition to the aforementioned, there are outdated caps on damages under both state and federal law which severely restrict remedies. These caps have had the practical effect of discouraging attorneys from entering or staying in this practice area in Tennessee. As such, the civil rights statutes allow for an award of reasonable attorneys' fees and expenses to prevailing plaintiffs as an incentive for

attorneys to handle valid claims and fulfill their ethical duty to zealously represent members of society who generally do not have the resources or quality of representation available to them that corporate and governmental defendants have. There is an important public interest associated with encouraging, rather than deterring, competent members of the bar to accept representation of plaintiffs with meritorious claims in employment discrimination and civil rights cases.

10. This case was difficult and presented considerable risk for Mr. Beard and my firm, particularly since this case involved ADA discrimination, a constantly evolving area of the law since the ADA was amended in 2009, and given ever ongoing attacks on civil rights protections in the workplace. We accepted representation of this case because we believed that the law had been violated and that Mr. Beard's claims were meritorious. Furthermore, Defendant refused to authorize settlement. Accordingly, Defendant's refusal to recognize their failure to comply with the law, the damages Mr. Beard was forced to incur, including fees and costs incurred, or its corresponding risk forced Mr. Beard to try his case. My firm further advanced $1,546.96 in costs to enable Mr. Beard to present his case to a jury. These costs are reflected in the Bill of Costs and attachments (ECF 111, 111-1, 111-2).

11. I expended the time necessary in this case to prevail on the claims that were tried. The requested hourly rates, the time that I reasonably expended, the services that I performed, and the amount of attorneys' fees requested in this case are all reasonable considering the circumstances and the result achieved.

12. Therefore, at this time, I request the Court to award Mr. Beard **$43,920.00** for my time (109.8 hours) associated with this case.

(Signature page to follow)

Executed on April 2, 2025.

                                            *J. Stephen Aymett, Jr. (Apr 2, 2025 15:11 CDT)*
                                            J. Stephen Aymett, Jr.

Respectfully submitted,

*/s/ J. Stephen Aymett, Jr.*
J. STEPHEN AYMETT, JR. #34132
RUCKER, RUCKER & AYMETT, P.C.
14 Public Square, North
Murfreesboro, TN 37130
(615) 893-1134 tel
(615) 895-6334 fax
saymett@ruckerlaw.com

*/s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been served this April 2, 2025 through the court's CM/ECF system to:

Michael T. Schmitt
T. William A. Caldwell
ORTALE KELLEY LAW FIRM
330 Commerce Street, Suite 110
Nashville, TN 37201
(615) 780-7526 (direct)
mcschmitt@ortalekelley.com
wcaldwell@ortalekelley.com

*Attorneys for Defendant*

*/s/ Heather Moore Collins*
Heather Moore Collins

# IN THE UNITED STATES DISTRICT COURT

Final Audit Report                                                                 2025-04-02

| | |
|---|---|
| Created: | 2025-04-02 |
| By: | Erica Runnels (erica@hmccivilrights.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAWzj7MJzqHJ3A1Nqs4Ep-IfuLAfRqzGmR |

## "IN THE UNITED STATES DISTRICT COURT" History

- Document created by Erica Runnels (erica@hmccivilrights.com)
  2025-04-02 - 8:09:24 PM GMT

- Document emailed to J. Stephen Aymett, Jr. (saymett@ruckerlaw.com) for signature
  2025-04-02 - 8:09:28 PM GMT

- Email viewed by J. Stephen Aymett, Jr. (saymett@ruckerlaw.com)
  2025-04-02 - 8:10:12 PM GMT

- Document e-signed by J. Stephen Aymett, Jr. (saymett@ruckerlaw.com)
  Signature Date: 2025-04-02 - 8:11:43 PM GMT - Time Source: server

- Agreement completed.
  2025-04-02 - 8:11:43 PM GMT