IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES DARRELL BEARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-00019 |
| | ) | |
| v. | ) | |
| | ) | Judge Campbell |
| HICKMAN COUNTY GOVERNMENT, | ) | Magistrate Judge Holmes |
| | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## DECLARATION OF MELODY FOWLER-GREEN

I, Melody Fowler-Green, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 18 years, competent to execute this declaration, and have personal knowledge of the facts set forth herein.

2. I am an attorney. I graduated with a BA from the University of Michigan-Flint in 1994 and with an MA from the University of Cincinnati in 1997. I earned a JD from Georgetown University Law Center in May 2000, where I served as the Editor-in-Chief of the Georgetown Journal on Poverty Law & Policy.

3. I was admitted to practice law in Texas in November 2000.[1] I was admitted to practice law in Tennessee in May 2004.

4. I have been an employment and civil rights attorney for nearly 25 years. I joined Yezbak Law as a partner in January 2022 and became the owner in January 2024. Our firm's primary focus is representing employees in matters of labor and employment law. Prior to joining Yezbak Law, I was the Managing Attorney at Southern Migrant Legal Services, a project of Texas

---

[1] My Texas license is currently in inactive status.

RioGrande Legal Aid, where I represented thousands of migrant and low-wage workers throughout the South and Midwest. I also served as the first Legal Director at the American Civil Liberties Union of Tennessee and spent seven years as the Executive Director of the Metro Human Relations Commission.

5. I have frequently provided training for the Tennessee Association for Legal Services, the National Migrant Advocacy Conference, and the Tennessee Fair Housing Matters Conference, among others. I have given dozens of guest lectures, keynote addresses, and training at a wide variety of legal, civic, and educational organizations. I have been published in numerous legal treatises, law journals, and newspapers, including as an Editor and contributing author to the wage and hour law treatise *Wage and Hour Laws: A State-by-State Survey* (BNA Books) and as a contributor to *The Family Medical Leave Act* treatise (BNA Books).

6. I am a member of the American Bar Association's Section of Labor and Employment Law. I am also a member of the Tennessee Trial Lawyers Association as well as two associations for attorneys who represent employees, the National Employment Lawyers Association ("NELA") and the Tennessee Employment Lawyers Association ("TENNELA"). I currently serve as the President of TENNELA.

7. I am familiar with Ms. Collins' work and the quality of her representation and have had the opportunity to discuss various legal and strategic issues related to employee-side employment law issues with her over many years. Ms. Collins is a diligent attorney who devotes time to staying current on employment law developments. She is an active member of NELA and served three terms on its Board of Directors. She is a past-President of TENNELA and served on the board or in an executive role of TENNELA since 2011. Ms. Collins is a well-respected, skilled, and well-informed member of the profession and is cited as a local leader in employment-law matters.

8. I have reviewed the declaration and attorney time record submitted by Ms. Collins in this case. Ms. Collins efficiently and effectively prosecuted this case to completion. All the tasks performed appear necessary for the success achieved, and the amount of time spent on each task was reasonable.

9. I understand that Ms. Collins is requesting an hourly rate of $660.00. Based on my knowledge of billing practices in Middle Tennessee, the availability of skilled plaintiff-side employment lawyers, and my understanding of Ms. Collins' knowledge, skill, experience, and expertise, $660.00 per hour is a reasonable hourly rate for her services. This testimony is based not only on my knowledge of her skill and experience but also on the hourly rates that I know lawyers of comparable skill and experience charge and receive for similar work in Nashville, Tennessee. The rate sought by Ms. Collins in this matter is a reasonable rate for an attorney with her experience in the Nashville market.

10. Because I practice employment law and am the President of TENNELA, I stay well informed of jury verdicts, settlements, and appellate decisions in this area. Magistrate Judge Holmes compiles a list of many, if not all, jury verdicts in employment cases. Based upon my review of these verdicts and my own experience in employment law, it is my opinion that Ms. Collins achieved exceptional results in this case.

11. In my experience as an employee-side employment lawyer, disability discrimination cases, like this one, would be unattractive to most attorneys. Generally, single plaintiff employment cases are very difficult to handle profitably, and it is imperative that attorneys who represent employees can count on an award of their fees at a market rate to incentivize them to bring meritorious cases. Otherwise, it is not feasible to continue with a primarily contingency-fee based practice and the public will lose access to qualified attorneys to handle their cases.

[SIGNATURE TO FOLLOW]

Executed on March 31, 2025.             _Melody Fowler-Green (Mar 31, 2025 18:19 EDT)_
                                                          Melody Fowler-Green

# IN THE UNITED STATES DISTRICT COURT

Final Audit Report 2025-03-31

| | |
|---|---|
| Created: | 2025-03-31 |
| By: | Erica Runnels (erica@hmccivilrights.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcXvTGubSiPeXgwVa7ggmBQB5bvFahnir |

## "IN THE UNITED STATES DISTRICT COURT" History

- Document created by Erica Runnels (erica@hmccivilrights.com)
  2025-03-31 - 10:08:22 PM GMT

- Document emailed to Melody Fowler-Green (mel@yezbaklaw.com) for signature
  2025-03-31 - 10:08:26 PM GMT

- Email viewed by Melody Fowler-Green (mel@yezbaklaw.com)
  2025-03-31 - 10:19:01 PM GMT

- Document e-signed by Melody Fowler-Green (mel@yezbaklaw.com)
  Signature Date: 2025-03-31 - 10:19:20 PM GMT - Time Source: server

- Agreement completed.
  2025-03-31 - 10:19:20 PM GMT

Adobe Acrobat Sign