IN THE CHANCERY COURT
OF MARSHALL COUNTY, TENNESSEE
AT LEWISBURG

TAMEKIA HARRIS,

        Plaintiff,                Case No. 18711

v.

                                        JURY DEMAND

LEWISBURG HOUSING AUTHORITY,

        Defendant.
_____/

## **DECLARATION OF CAROLINE DRINNON**

I, Caroline Drinnon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am counsel of record for Plaintiff Tamekia Harris in the above captioned case.

2. I have practiced law in Nashville, Tennessee, in the area of employment litigation since August 2021. Prior to joining HMC Civil Rights Law, I was an Assistant Attorney General in the Consumer Protection Division in the Tennessee Attorney General's Office. I started as an AAG in August 2018, three months after graduating from law school. I have experience civilly litigating the Tennessee Consumer Protection Act, the Unauthorized Practice of Law statute, the Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964, the Tennessee Disabilities Act, the Tennessee Human Rights Act, Title IX, § 1983 claims, and various common laws.

3. I am licensed in Tennessee and am admitted to practice in the Sixth Circuit Court of Appeals and the Middle, Western and Eastern Districts of Tennessee.

4. I am an active member of the National Employment Lawyers Association ("NELA") (www.nela.org), a national association of attorneys who represent employees in

employment related matters. I also serve as a Board Member of the Tennessee Employment Lawyers Association ("TENNELA"), the official Tennessee affiliate organization of NELA.

5. Since starting at HMC Civil Rights Law PLLC, I have written a Sixth Circuit appellate brief, as well as three memorandums in support of or in response to a motion for summary judgment. I have two reported opinions in LEXIS. In addition, I handle 20-25 cases in discovery at a time, handling both the written discovery and depositions.

6. As of 2023, I customarily charge and receive $425.00 per hour for legal services when I handle advice and consult employment matters on an hourly rate basis. On or around January 1, of each year my rates are evaluated and subject to annual adjustment. Approximately 90 percent of the work that I perform is on a contingency fee basis.

7. Over 90 percent of the work that I perform is on a contingency fee basis. Most of my clients are unable to pay the fees and costs incurred in a typical employment discrimination case. In continency cases, my firm advances all litigation expenses for our clients and we typically work on a contingent fee basis that is based on the amount of recovery, if any. As such, we typically go for years without being paid. Moreover, inconsistent with federal and state civil rights law, our cases are nearly always undervalued and typically no value whatsoever is assigned by defendants with respect to fees or costs, despite significant and diligent work having been performed and despite our firm's track record of not only defeating summary judgment, but of success at trial.

8. The employees of HMC Civil Rights Law kept track of the time we worked on this case from the time that we began working on it to the present. The attached log accurately sets forth the time that I expended to the tenth of an hour and the tasks that were performed.

9. The hourly rate that I request in this case is $420.00. This rate is reasonable in the circumstances and in light of the prevailing rate charged in the community for the types of

2

contingency civil rights cases that I handle, as well as my experience in these types of cases. I expended the time necessary in this case to prevail on the claims that were tried. The requested hourly rates, the time that I reasonably expended, the services that I performed, and the amount of attorneys' fees requested in this case are all reasonable considering the circumstances and the result achieved.

10. Therefore, at this time, I request this Court to award Ms. Harris **$19,720.00** for my time (46.4 hours) associated with this case. **(Ex. 6**, Caroline Drinnon Time report).

Executed on May 24, 2023.

*Caroline Drinnon*
Caroline Drinnon (May 24, 2023 14:25 CDT)
Caroline Drinnon

# Decl CMD attny fees TH

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　　　2023-05-24

| | |
|---|---|
| Created: | 2023-05-24 |
| By: | Erica Runnels (erica@hmccivilrights.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5pVF8MJSnC7WUaR8gC_K5uNXuto6WDQZ |

## "Decl CMD attny fees TH" History

- Document created by Erica Runnels (erica@hmccivilrights.com)
  2023-05-24 - 7:24:15 PM GMT

- Document emailed to Caroline Drinnon (caroline@hmccivilrights.com) for signature
  2023-05-24 - 7:24:37 PM GMT

- Email viewed by Caroline Drinnon (caroline@hmccivilrights.com)
  2023-05-24 - 7:24:54 PM GMT

- Document e-signed by Caroline Drinnon (caroline@hmccivilrights.com)
  Signature Date: 2023-05-24 - 7:25:18 PM GMT - Time Source: server

- Agreement completed.
  2023-05-24 - 7:25:18 PM GMT

Adobe Acrobat Sign